HENRY W. BAIRD and Others, Appellants, *v.* COLUMBIA DREDGING CORPORATION, Respondent.

PER CURIAM. While we believe that this case should have a speedy trial, we are unable to order summary judgment on this record. The appellants can best secure relief by applying for leave to renew or reargue their motion for a preference. The order should be affirmed, with ten dollars costs and disbursements. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. Order affirmed, with ten dollars costs and disbursements.

S. STROOCK & CO., INC., Respondent, *v.* JOSEPH LICHTENTHAL, INC., Appellant.

PER CURIAM. We believe the defendant should be given an opportunity to frame his pleadings so as to present the alleged defenses and counterclaims set forth in the proposed amended answer. We do not, however, depart from our former opinion on the merits (224 App. Div. 19). The order should be reversed, with ten dollars costs and disbursements to the appellant, and the motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN GOLDBERG, Appellant.

PER CURIAM. We entertain no doubt whatever as to the defendant's guilt, and, therefore, affirm the conviction; but in view of the peculiar facts in this case as to the circumstances of the defendant and his family, we deem that justice will be served by limiting the sentence to the time already served by him. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. Judgment modified by reducing the sentence to the time already served by the defendant, and as so modified affirmed.